IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **KRISTEN BRINKERHOFF, et al.** | : | CASE NO. 3:20cv163 |
| Plaintiffs, | : | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| **EVENFLO COMPANY, INC.** | : | |
| Defendant. | : | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*(tp - per Judge Rice authorization after his review)*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Transferred to MDL Court.